IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CONCORDE ACCEPTANCE CORP., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: L00-CV3010 |
| ) | |
| FIRST FUNDING, INC., *et al.* ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation Extending Time for Defendant Troese Title Services, Inc. to File an Answer, and the additional pleadings and proceedings herein, it is, by the United States District Court for the District of Maryland, this 30th day of October, 2000:

ORDERED, that the Stipulation Extending Time for Defendant Troese Title Services, Inc. to File an Answer is hereby approved, and it is further

ORDERED, that the Defendant's time period to file an Answer to Plaintiff's Complaint is hereby extended until November 1, 2000.

_____
Judge,
United States District Court

cc:   Peter D. Fastow, Esquire
      Troese, Fastow & Preller, L.L.C.
      2450 Riva Road
      Annapolis, Maryland 21401
      (410) 573-1611 (tel.)
      (410) 573-1036 (fax.)

      Attorney for Defendant Troese Title

1