# Troese, Fastow & Preller, L.L.C.

Attorneys-At-Law

2450 Riva Road • Annapolis, MD 21401

Stephen J. Troese (Md.)
Peter D. Fastow (Md., D.C.)
Steven B. Preller (Md., Co.)

November 29, 2000

Annapolis: (410) 573-1611
Baltimore: (410) 841-2404
Washington: (301) 970-2511
Fax: (410) 573-1036

The Honorable Benson Everett Legg
United States District Court
Germatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

<u>Via Federal Express</u>

    Re:    Concorde Acceptance Corp. v. First Funding, Inc., et al.
            Case No.: L00-CV3010

Dear Judge Legg:

    Pursuant to the Scheduling Order entered in the above referenced case, this letter is to report to you that counsel for each of the defendants have agreed that a limit of twenty five (25) hours of depositions per side is reasonable. Unfortunately, efforts to reach a stipulation with plaintiff's counsel regarding deposition hours were unsuccessful.

    Thank you very much for your consideration. If you have any questions or concerns, please do not hesitate to contact me.

Very Truly Yours,

Peter D. Fastow

cc:    David Skeen, Esq.
       Vincent Palumbo, Esq.
       Steven White, Esq.

concorde.lt2

*[Handwritten note:]* Having reviewed the Complaint, it appears that 25 hours per side is Reasonable and is hereby approved. Benson Legg USDJ 11/30/00