## MORRISON & HECKER L.L.P.
### ATTORNEYS AT LAW

1150 18th Street N.W., Suite 800
Washington, D.C. 20036-3816
Telephone (202) 785-9100
Telefax (202) 785-9163
www.moheck.com

Steven K. White
Direct Dial: (202) 728-3024
E-mail: skwhite@moheck.com

November 30, 2000

FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 2 4 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**BY FEDERAL EXPRESS**

The Honorable Benson Everett Legg
United States District Court
Germatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: <u>Concorde Acceptance Corp. v. First Funding, Inc., et al.</u>
(Case No.: L00-CV3010)

Dear Judge Legg:

Pursuant to the Court's Scheduling Order, counsel have agreed to **30 hours** of deposition per side. Defense counsel yesterday requested 25 hours, after being unable to reach me, while I was out of the office. However, today we all reached agreement to change that to 30 hours.

Please do not hesitate to contact me if you have any questions. Thank you very much for your consideration.

Approved
Benson Legg
USDJ
1/24/01

Very truly yours,

Steven K. White

cc: Peter D. Fastow
David Skeen, Esq.
Vincent Palumbo, Esq.

::ODMA\PCDOCS\WDCDOCS\27363\1

Kansas City, Missouri / Phoenix, Arizona / Overland Park, Kansas / Wichita, Kansas