# Troese, Fastow & Preller, L.L.C.

Attorneys-At-Law

2450 Riva Road • Annapolis, MD 21401

Stephen J. Troese (Md.)
Peter D. Fastow (Md., D.C.)
Steven B. Preller (Md., Co.)

April 2, 2001

Annapolis: (410) 573-1611
Baltimore: (410) 841-2404
Washington: (301) 970-2511
Fax: (410) 573-1036

The Honorable Benson Everett Legg
United States District Court
Germatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Via Federal Express

    Re:    Concorde Acceptance Corp. v. First Funding, Inc., *et al.*
           Case No.: L00-CV3010

## STATUS REPORT

Dear Judge Legg:

    Pursuant to Section III of the Scheduling Order entered in the above referenced case, please accept this letter as a status report.

Procedural Background

    This case was commenced on October 5, 2000. On October 30, 2000, this Court granted a an Order Approving a Stipulation Extending the Time for Defendant Troese Title Services, Inc. to File an Answer. On November 3, 2000, Defendant Troese Title Services, Inc. filed an Answer. Defendant Ralph Conley filed an Answer on November 16, 2000. Defendant First Funding, Inc. filed an Answer on November 7, 2000. There are no Counterclaims or Cross-claims.

Discovery

    Discovery cutoff is April 2, 2001. Discovery is not completed at the time of this Status Report, and will not be completed by April 2, 2001. As discussed further, *infra*, the parties hereto are engaged in serious and substantive settlement discussions. The parties are hopeful that this matter will be resolved in the next two weeks. Given the parties' justifiable, optimistic view of settlement, the remaining depositions have been postponed in order to avoid additional legal expense to the clients. In the unlikely event

*[Handwritten annotation at bottom: Approved. A further joint status report on status of settlement is due by 5/1/01. Benson Legg 4/7/01]*

the parties are unable to voluntarily resolve this matter, an additional few weeks of discovery would be necessary to complete the depositions of: Gretchen Gloster, Stephanie Truett, Gwen Riley, Robin Kenner, Ralph Conley, a corporate designee of Concorde Acceptance Corporation, as well as several expert witnesses. In the event additional time is required to complete discovery, the parties will file a Joint Stipulation to Extend Time for Fact Discovery until April 27, 2001 and Expert Discovery until May 25, 2001. There are also some minor issues regarding answers to interrogatories and responses to document production requests that have been addressed by counsel. It is expected that these minor issues will be resolved voluntarily and without the need for the Court's assistance.

Pending Motions

There are no motions pending at this time.

Dispositive Pretrial Motions

Defendants do not anticipate filing any dispositive motions. It is anticipated that, if this case does not settle, Plaintiff will be filing a Motion for Summary Judgment on or before the current deadline of April 30, 2001.

Anticipated Length of Trial

None of the parties have requested a trial by jury. The anticipated length is three (3) days.

Certification of Settlement Negotiations

The undersigned hereby certify that they have engaged in serious and substantive settlement negotiations by telephone on various dates. Moreover, the parties discussed settlement subsequent to a deposition at Plaintiff's attorney's office on March 2, 2001. A formal, global settlement offer was made in writing to Plaintiff, by letter, on March 26, 2001. The offer was rejected. However, Plaintiff indicated that the first offer is not too far from an amount that would be accepted. Defendants are in the process of revising their global settlement offer and should have a new offer submitted by April 3, 2001.

Additional Assistance from the Court

The parties do not believe that it would be helpful, at this time, to refer this case to another judge of this court for settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motions. The parties do not consent to have a U.S. Magistrate Judge conduct any further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial and entry of final judgment.

      Thank you very much for your consideration. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

*[signature]*

Peter D. Fastow

Acknowledged as to Form and Content:

Morrison & Hecker, LLP

*SEE ATTACHED*
_____
Steven K. White, Esquire
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816
Attorney for Plaintiff

Wright, Constable & Skeen, LLP

*SEE ATTACHED*
_____
Robert W. Hesselbacher, Jr., Esquire
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
Attorney for Ralph Conley, Defendant

*SEE ATTACHED*
_____
V. Daniel Palumbo, Esquire
10905 Fort Washington Road
Suite 103
Fort Washington, Maryland 20744
Attorney for First Funding, Inc., Defendant

concorde.lt6

Thank you very much for your consideration. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

Peter D. Fastow

Acknowledged as to Form and Content:

Morrison & Hecker, LLP

Steven K. White, Esquire
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816
Attorney for Plaintiff

Wright, Constable & Skeen, LLP

Robert W. Hesselbacher, Jr., Esquire
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
Attorney for Ralph Conley, Defendant

V. Daniel Palumbo, Esquire
10905 Fort Washington Road
Suite 103
Fort Washington, Maryland 20744
Attorney for First Funding, Inc., Defendant

concorde.lt6

3

Thank you very much for your consideration. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

Peter D. Fastow

Acknowledged as to Form and Content:

Morrison & Hecker, LLP

---

Steven K. White, Esquire
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816
Attorney for Plaintiff

Wright, Constable & Skeen, LLP

---

Robert W. Hesselbacher, Jr., Esquire
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
Attorney for Ralph Conley, Defendant

V. Daniel Palumbo, Esquire
10905 Fort Washington Road
Suite 103
Fort Washington, Maryland 20744
Attorney for First Funding, Inc., Defendant

concorde.lt6

3

Thank you very much for your consideration. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

Peter D. Fastow

Acknowledged as to Form and Content:

Morrison & Hecker, LLP

---

Steven K. White, Esquire
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816
Attorney for Plaintiff

Wright, Constable & Skeen, LLP

Robert W. Hesselbacher, Jr., Esquire
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
Attorney for Ralph Conley, Defendant

---

V. Daniel Palumbo, Esquire
10905 Fort Washington Road
Suite 103
Fort Washington, Maryland 20744
Attorney for First Funding, Inc., Defendant

concorde.lt6

3